# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0254

**APRIL 26, 2021**

---

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

> **JMG**
> **PMc**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT